BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
ARLENE ROSEN, Deputy City Attorney, SBN 100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392. Fax: (510) 238-6500
28414:1190945

Attorneys for Defendant,
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WHITE,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. C11-03846 NC<br><br>STIPULATION RE: FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON |

Plaintiff DONNA WHITE and Defendant CITY OF OAKLAND, by and through their respective counsel of record, hereby stipulate and agree that the City of Oakland has up to and including **August 2, 2013** within which to file an amended answer to the first amended complaint on file herein. The parties further agree that filing of an amended answer obviates the need for and is in lieu of defendant's filing an opposition to plaintiff's Motion to Strike Answer to First Amended Complaint.

////
////
////
////

---

1

STIPULATION RE: FILING OF AMENDED ANSWER TO
FIRST AMENDED COMPLAINT [PROPOSED ORDER]         C11-03486 NC

Dated: July 26, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Asst. City Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney

By _____/s/_____
ARLENE M. ROSEN
Attorneys for Defendant CITY OF OAKLAND

Dated: July 26, 2013

LAW OFFICES OF PAUL L. REIN

By _____/s/_____
CELIA McGUINNESS
Attorneys for Plaintiff DONNA WHITE

**ORDER**

IT IS SO ORDERED.

Dated: July 26 2013

_____
[IT IS SO ORDERED — Judge Nathanael M. Cousins, United States District Court, Northern District of California]