BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
ARLENE ROSEN, Deputy City Attorney, SBN 100160
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392. Fax: (510) 238-6500
28414:1190945

Attorneys for Defendant,
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONNA WHITE, | Case No. C11-03846 NC |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION RE: FILING OF AMENDED ANSWER TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON |
| CITY OF OAKLAND, and DOES 1 to 100, inclusive, | |
| Defendants. | |

Plaintiff DONNA WHITE and Defendant CITY OF OAKLAND, by and through their respective counsel of record, hereby stipulate and agree that the City of Oakland has up to and including **August 2, 2013** within which to file an amended answer to the first amended complaint on file herein. The parties further agree that filing of an amended answer obviates the need for and is in lieu of defendant's filing an opposition to plaintiff's Motion to Strike Answer to First Amended Complaint.

////
////
////
////

1
STIPULATION RE: FILING OF AMENDED ANSWER TO
FIRST AMENDED COMPLAINT [PROPOSED ORDER]    C11-03486 NC

```
 1
 2  Dated: July 26, 2013          BARBARA J. PARKER, City Attorney
                                  RANDOLPH W. HALL, Chief Asst. City Attorney
 3                                ARLENE M. ROSEN, Senior Deputy City Attorney
 4                                By _____/s/_____
                                     ARLENE M. ROSEN
 5                                   Attorneys for Defendant CITY OF OAKLAND
 6
 7  Dated: July 26, 2013
 8
                                     LAW OFFICES OF PAUL L. REIN
 9
                                  By _____/s/_____
10                                   CELIA McGUINNESS
                                     Attorneys for Plaintiff DONNA WHITE
11
12
13
14
                                          ORDER
15
         IT IS SO ORDERED.
16
17  Dated: July 26 2013
18
19                                   _____ JUDGE
20
21
```

IT IS SO ORDERED
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA