1  PAUL L. REIN, Esq.  (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  E-mail:  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   DONNA WHITE
7

8  BARBARA J. PARKER, City Attorney (SBN #069722)
   RANDOLPH W. HALL, Chief Assistant City Atty (SBN #080142)
9  ARLENE ROSEN, Deputy City Attorney (SBN #100160)
   One Frank H. Ogawa Plaza, 6th Floor
10 Oakland, CA 94612
11 (510) 238-6392

12 Attorneys for Defendant
   CITY OF OAKLAND
13

14                   **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
15

16 DONNA WHITE,                          Case No.  C11-3846 NC

17      Plaintiff,                       Civil Rights

18 v.                                    **STIPULATION AND [PROPOSED]**
                                         **ORDER REQUESTING CASE**
19 CITY OF OAKLAND,                      **MANAGEMENT CONFERENCE**

20      Defendant.
                                    /
21

22      IT IS HEREBY STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR

23 RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:

24      Whereas,

25      1. The hearing for plaintiff's motion for summary judgment is scheduled for April 2,

26         2014;

27      2. The pretrial conference statement is due April 11, the pretrial conference is set for

28         April 23,  and trial is scheduled for May 12, 2014;

STIPULATION AND [PROPOSED] ORDER REQUESTING CASE MANAGEMENT CONFERENCE
Case No. C11-3846 NC

3. The parties have re-opened settlement negotiations and Howard Herman, ADR Director, has agreed to facilitate them;

4. The parties believe that they are close to settlement;

5. The expenditure of time and resources to prepare for trial would inhibit, rather than encourage, settlement;

Therefore, the parties stipulate and request:

1. The Court schedule a Case Management Conference to discuss extending the litigation schedule, providing time for the parties to negotiate and allowing them to receive and digest the Court's ruling on Plaintiff's motion for summary judgment before trial.

2. The Court schedule the CMC concurrently with the hearing on Plaintiff's Motion for Partial Summary Judgment at 1:00 p.m. on Wednesday, April 2, 2014.

Respectfully submitted,

Dated: March 18, 2014        LAW OFFICES OF PAUL L. REIN

  /s/Celia McGuinness
By CELIA MCGUINNESS
Attorneys for Plaintiff
DONNA WHITE

Dated: March 18, 2014        OFFICE OF THE CITY ATTORNEY
OF OAKLAND

  /s/ Arlene M. Rosen
By ARLENE M. ROSEN
Attorneys for Defendant
CITY OF OAKLAND

//
//

**ORDER**

GOOD CAUSE BEING SHOWN, a further case management conference will be set at 1:00 p.m. on Wednesday, April 2, 2014.

Dated: March 18, 2014

_____
MAGISTRATE JUDGE NATHANAEL COUSINS

GRANTED
Judge Nathanael M. Cousins