1  BARBARA J. PARKER, City Attorney, SBN 069722
   JAMES HODGKINS, Supervising Deputy Attorney, SBN142561
2  ARLENE M. ROSEN, Deputy City Attorney, SBN 100160
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-6392.  Fax: (510) 238-6500
4  28414:136893

5  Attorneys for Defendant,
   CITY OF OAKLAND
6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| DONNA WHITE, | Case No. C11-03846 NC |
|---|---|
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING LITIGATION DATES** AND ORDER THEREON |
| vs. | |
| CITY OF OAKLAND, and DOES 1 to 100, inclusive, | |
| Defendants. | |

Plaintiff DONNA WHITE and defendant CITY OF OAKLAND ("City"), by and through their respective counsel, hereby notify the Court that at mediation on May 1, 2014, they reached a conditional settlement agreement respecting all of plaintiff's claims for injunctive relief and damages. Subject to approval by the Oakland City Council, the City has agreed to remediate barriers to access at the Woodminster Ampitheatre within a specific time frame and to disburse payment of plaintiff's damages claim within ninety (90) days of Council approval. The City Attorney will make every effort to present the request for City Council approval at the Council's closed session on June 3, 2014.

1   With respect to plaintiff's remaining claim for attorney's fees and costs, the parties have
2   agreed to meet and confer and, if necessary, return to mediation to resolve that issue as
3   expeditiously as possible. The parties are working to schedule a mediation date for mid-June.
4
5   Assuming the City Council approves the settlement on or about June 3rd, no triable issues
6   remain in the case. The parties respectfully request this Court vacate the pending briefing and
7   litigation dates, including the trial presently set for June 2, 2014. Upon resolution of the claim for
8   fees and costs and approval of the entire settlement by the Oakland City Council, the parties will
9   file a stipulation for dismissal.

Dated: May 2, 2014

OFFICE OF THE CITY ATTORNEY OF OAKLAND

By:   /s/
ARLENE M. ROSEN
Attorneys for Defendant
CITY OF OAKLAND

Dated: May 2, 2014

LAW OFFICES OF PAUL L. REIN
By   /s/
CELIA McGUINNESS
Attorneys for Plaintiff

### ORDER VACATING LITIGATION DATES

Good cause appearing therefor, IT IS HEREBY ORDERED that all pending dates, including trial of this matter set for June 2, 2014, be and hereby are VACATED. Case management conference is scheduled for July 2, 2014 at 10:00 a.m.

DATED: May 2, 2014

IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins