```
 1  BARBARA J. PARKER, City Attorney, SBN 069722
    RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
 2  OTIS MCGEE, JR., Special Counsel,
    ARLENE M. ROSEN, Senior Deputy City Attorney, SBN 100160
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-6392, Fax: (510) 238-6500
    E-mail: arosen@oaklandcityattorney.org
 5  28414:1418006

 6  Attorneys for Defendant,
    CITY OF OAKLAND
 7
    PAUL L. REIN, SBN 43053
 8  CELIA MCGUINNESS, SBN 159420
    CATHERINE M. CABALO, SBN 248198
 9  LAW OFFICES OF PAUL L. REIN
    200 Lakeside Drive, Suite A
10  Oakland, California 94612
    Telephone: (510) 832-5001; Fax: (510) 832-4787
11  E-mail: reinlawoffice@aol.com

12  Attorneys for Plaintiff,
    DONNA WHITE
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA WHITE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OAKLAND, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. C11-03846 NC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>AND ORDER THEREON<br>Date:　　　July 2, 2014<br>Time:　　　10:00 a.m.<br>Courtroom:　A - 15th Floor |

Plaintiff DONNA WHITE and Defendant CITY OF OAKLAND hereby submit their updated Joint Case Management Conference Statement:

On May 2, 2014, the parties notified the Court of a conditional settlement of the injunctive relief claims and obtained an order vacating litigation dates, including the trial set for June 2, 2014, following mediation on May 1, 2014. The parties have finalized the terms of a judicially enforceable settlement agreement regarding performance and a deadline for completion of those claims, and have reached an agreement as to Plaintiff's claim for monetary damages approved by the Oakland City Council. The only remaining issue is a determination of Plaintiff's attorneys' fees to be paid by Defendant. Mediation of that issue is set for July 23, 2014 if the parties' efforts to resolve it independently are unsuccessful.

The parties jointly request this Court continue this Case Management Conference to a date after July 23, 2014.

Dated: June 25, 2014

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
OTIS MCGEE, JR., Special Counsel
ARLENE M. ROSEN, Senior Deputy City Attorney

By: ___/s/___
Attorneys for Defendant
CITY OF OAKLAND

Dated: June 25, 2014

LAW OFFICES OF PAUL L. REIN
PAUL L. REIN, Esq.
CELIA McGUINNESS, Esq.

By: ___/s/___
Attorneys for Plaintiff
DONNA WHITE

ORDER

The Case Management Conference is continued to August 13, 2014 at 2:00 p.m. An updated case management statement is due August 6, 2014.

Dated: June 25, 2014

GRANTED
Judge Nathanael M. Cousins