PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
DONNA WHITE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONNA WHITE,

    Plaintiff,

v.

CITY OF OAKLAND, and DOES 1 to 100, Inclusive,

    Defendants.
_____/

CASE NO. C11-03846 NC
<u>Civil Rights</u>

**PLAINTIFF'S STATUS REPORT**
AND ORDER THEREON

    Plaintiff DONNA WHITE, by and through her attorneys of record, hereby reports the following:

    1.    A Judicially Enforceable Settlement Agreement Regarding Injunctive Relief and Damage Issues was filed with the Court on August 1, 2014.

    2.    An agreement as to attorney fees has been reached and Plaintiff's attorneys have received payment.

    3.    Plaintiff requests that the Case Management Conference currently scheduled for December 3, 2014, go off calendar and that the case be dismissed.

Dated: November 24, 2014    LAW OFFICES OF PAUL L. REIN

                                    */s/ Celia McGuinness*
                                    By CELIA McGUINNESS, Esq.
                                    Attorneys for Plaintiff
                                    DONNA WHITE

[STAMP: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S STATUS REPORT
CASE NO. C11-03846 NC    \\rein-sbs\shared\CASES\WOODMINSTER\PLEADINGS\2014 11 24 Plaintiff's Status Report.wpd